UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Brian Miranda-Ortiz

    v.                                                 Case No. 23-cv-345-SE

FCI Berlin, Warden

ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated July 18, 2023 (doc. no. 2). For the reasons explained therein, Miranda-Ortiz's petition is moot, and this case is dismissed.

"'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

The clerk is directed to enter judgment and close this case.

                                                         /s/ SDElliott
                                                    _____
                                                    Samantha D. Elliott
                                                    United States District Judge

Date: August 2, 2023

cc: Brian Miranda-Ortiz, pro se